| | | |
|---|---|---|
| STEPHEN BUSHANSKY | * | IN THE |
| *Plaintiff* | * | U.S. DISTRICT COURT |
| v. | * | FOR THE |
| HATTERAS FINANCIAL CORP., *et al.* | * | DISTRICT OF MARYLAND |
| *Defendants* | * | Case No.: 1:16-CV-001621-RBD |

\* \* \* \* \* \* \* \* \* \*

## Status Report

Plaintiff Stephen Bushansky ("Plaintiff") provides the following status report regarding proceedings in the parallel consolidated shareholder actions pending in the United States District Court for the Middle District of North Carolina, captioned *In re Hatteras Financial, Inc. S'holder Litig.*, Lead Case No. 1:16-cv-00445 ("NC Action"). As previously reported, the parties have reached an agreement on the terms of a comprehensive settlement of all shareholder actions arising out of the Merger that is the subject of the Complaint herein. Following the completion of confirmatory discovery, a Stipulation of Settlement was executed by the parties and filed in the NC Action together with supporting memoranda and a proposed Notice to the Class. The Court has granted preliminary approval of the settlement. Notice of the settlement has been disseminated pursuant to the terms of the Preliminary Approval Order. A Final Approval Hearing is currently scheduled for November 8, 2017 in the NC Action. If the Court grants final approval of the settlement in the NC Action following the Final Approval Hearing, the Court will enter a judgment dismissing the NC Action with prejudice. Pursuant to the terms of the Stipulation of Settlement, Plaintiff would then also dismiss this case with prejudice.

Respectfully submitted,

/s/
Thomas J. Minton – No. 03370
Goldman & Minton, P.C.
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Ph (410) 783-7575
Fax (410) 783-1711
tminton@charmcitylegal.com

### Certificate of Service

I hereby certify that on this 18th day of October, 2017, I filed the forgoing Status Report through the ECF system, and that all counsel of record will be served electronically.

/s/
Thomas J. Minton – No. 03370