| | | |
|---|---|---|
| STEPHEN BUSHANSKY | * | IN THE |
| *Plaintiff* | * | U.S. DISTRICT COURT |
| v. | * | FOR THE |
| HATTERAS FINANCIAL CORP., *et al.* | * | DISTRICT OF MARYLAND |
| *Defendants* | * | Case No.: 1:16-CV-001621-RBD |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, Plaintiff hereby dismisses this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/
Thomas J. Minton – No. 03370
Goldman & Minton, P.C.
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Ph (410) 783-7575
Fax (410) 783-1711
tminton@charmcitylegal.com

### Certificate of Service

I hereby certify that on this 7th day of February, 2018, I filed the forgoing Notice od Dismissal through the ECF system, and that all counsel of record will be served electronically.

/s/
Thomas J. Minton – No. 03370

00024993.docx